■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OBATAIYE MASSEY, Appellant. [14 NYS3d 699]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Hudson, J.), imposed November 25, 2013, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80, 86-87 [1982]). Eng, P.J., Mastro, Sgroi, Miller and Barros, JJ., concur.